IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv53

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES E. MACALPINE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is Defendant's *pro se* Motion to Vacate Order for Mediation [# 7]. Defendant moves to amend the Pretrial Order and Case Management Plan to remove the requirement to conduct mediation in this case. Defendant contends that he has no intention of settling this case via mediation and that conducting mediation in this case would be a waste of the parties' resources. The Government failed to file a response to the motion, and, thus, the Court considers the Government not to oppose the relief requested. Accordingly, the Court **GRANTS** the motion [# 7]. The parties need not conduct mediation in this matter.

Signed: June 11, 2013

Dennis L. Howell
United States Magistrate Judge