# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00053-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JAMES E. MacALPINE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Accept Objection to Summary Judgment and a Motion to Dismiss with Prejudice – Rev 1 – Errata" [Doc. 14], filed November 4, 2013.

The Defendant seeks to file a corrected brief in opposition to the Plaintiff's Motion for Summary Judgment. For the reasons stated in the Order entered on November 4, 2013 [Doc. 13], the Defendant's Motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Accept Objection to Summary Judgment and a Motion to Dismiss with Prejudice – Rev 1 – Errata" [Doc. 14] is **DENIED**.

**IT IS SO ORDERED.**

Signed: November 6, 2013

Martin Reidinger
United States District Judge