THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00053-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| ) | |
| JAMES E. MacALPINE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**FOR THE REASONS** set forth in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff United States of America's Motion for Summary Judgment is **GRANTED** and judgment is hereby entered against the Defendant James E. MacAlpine and in favor of the United States in the amount of $1,962,354.11, plus statutory interest from August 1, 2013.

Signed: April 7, 2014

Martin Reidinger
United States District Judge